Matter of Caballero (2023 NY Slip Op 02924)

Matter of Caballero

2023 NY Slip Op 02924

Decided on June 1, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 1, 2023

PM-108-23
[*1]In the Matter of Jennifer Jan Caballero, an Attorney. (Attorney Registration No. 5116918.)

Calendar Date:May 22, 2023

Before:Garry, P.J., Lynch, Pritzker, Fisher and McShan, JJ.

Jennifer Jan Caballero, San Francisco, California, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Jennifer Jan Caballero was admitted to practice by this Court in 2013 and lists a business address in San Francisco, California with the Office of Court Administration. Caballero now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Caballero's application.
Upon reading Caballero's affidavit sworn to April 11, 2023 and filed April 13, 2023, and upon reading the May 18, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Caballero is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Pritzker, Fisher and McShan, JJ., concur.
ORDERED that Jennifer Jan Caballero's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Jennifer Jan Caballero's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Jennifer Jan Caballero is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Caballero is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Jennifer Jan Caballero shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.